UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLY M. TITSWORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:14-cv-00493-MJR-DGW |
| ) | |
| COMMUNITY LINK, INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION FOR DISMISSAL**

COME NOW Plaintiff Kelly M. Titsworth and Defendant Community Link, Inc., by and through the undersigned counsel, and all matters having been fully and finally resolved, Plaintiff hereby dismisses her cause of action against Defendant, with prejudice. Each party to bear its own costs and attorney's fees.

/s/ *Kathryn E. Denner*
Kathryn E. Denner, Mo. Bar No. 40260
906 Olive Street, Suite 200
St. Louis, MO 63101
(314) 872-8420
(314) 872-7017 (Fax)
Katedenner@denner-law.com

**ATTORNEY FOR PLAINTIFF**

**GREENSFELDER, HEMKER & GALE, P.C.**

/s/ *William A. Schmitt*
William A. Schmitt, #02494655
12 Wolf Creek Drive, Suite 100
Swansea, IL 62226
(618) 257-7308
(618) 257-7353
was@greensfelder.com

**ATTORNEY FOR DEFENDANT,
COMMUNITY LINK, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above and foregoing was served upon counsel of record via the CM/ECF System, on November 5, 2015.

/s/ *Kathryn E. Denner*