United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| KELLY M. TITSWORTH, ) | |
| ) | |
| Plaintiff, ) | Case Number: 14-cv-00493-MJR-DGW |
| ) | |
| v. ) | |
| ) | |
| COMMUNITY LINK, INC, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated November 6, 2015 and Joint Stipulation of Dismissal dated November 5, 2015, this action is DISMISSED with prejudice, with each party to bear its own costs and attorney's fees.

Dated: November 6, 2015

                                                                Justine Flanagan, Acting Clerk of Court
                                                                s/ Debbie DeRousse
                                                                Deputy Clerk

Approved: s/ Michael J. Reagan
Michael J. Reagan, U.S. District Judge